IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTY N. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:05-cv-00092-DRB |
| vs. | ) | [wo] |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the *Memorandum Opinion and Order* entered herewith reversing the Commissioner's decision and remanding this cause for further consideration, it is

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Plaintiff, Christy N. Stewart, and against the Commissioner of Social Security, and this case is **REMANDED** to the Commissioner pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 15th day of May, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE